PROB 12A
(Rev. 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Thanath L. Sayadeth</u>                    Case Number: <u>3:07-00144</u>

Name of Sentencing Judicial Officer: <u>Honorable Thomas A. Wiseman, Jr., Senior U.S. District Judge</u>

Date of Original Sentence: <u>May 5, 2008</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) Felon in Possession of Firearm</u>

Original Sentence: <u>60 months' incarceration and 3 years' supervised release</u>

Type of Supervision: <u>Supervised release</u>          Date Supervision Commenced: <u>January 19, 2012</u>

Assistant U.S. Attorney: <u>William Lee Deneke</u>    Defense Attorney: <u>C. Douglas Thoresen</u>

The Court orders:

☑ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this 17th day of June, 2013,
and made a part of the records in the above case.

_____
Thomas A. Wiseman, Jr.
Senior U. S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.
Respectfully submitted,

_____
Eric Illarmo
U.S. Probation Officer

Place          Nashville, TN

Date           June 10, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

**1.**                 **The defendant shall refrain from any unlawful use of a controlled substance.**

On May 28, 2013, the defendant tested positive for cocaine use. He denied using cocaine, but he admitted that he used a friend's prescribed medication. No other drug use was indicated by the test. As the defendant denied using cocaine, the offender's urine sample was submitted to the national lab for testing. On June 4, 2013, the national lab confirmed the results as positive for cocaine use.

On June 7, 2013, the defendant was confronted with the results from the national lab, and he continued to deny cocaine use. He was placed on an increased drug testing schedule and referred to Centerstone Mental Health for substance abuse treatment.

## Compliance with Supervision Conditions and Prior Interventions:

Mr. Thanath L. Sayadeth began his term of supervision on January 19, 2012, and is currently scheduled to complete his term on January 18, 2015. The defendant is currently unemployed, as he does not have a work permit from immigration officials. Subsequent to his conviction in a previous offense, the defendant was ordered deported in 1999; however, he was released by immigration officials as they are unable to deport the defendant to Laos. The defendant indicated he will seek permission to work in the near future.

The defendant began his term of supervision in the Western District of Tennessee, and on May 28, 2013, he transferred his supervision to this District.

## U.S. Probation Officer Recommendation:

It is recommended that the defendant be continued on supervised release with no further action taken at this time. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _____

Britton Shelton
Supervisory U.S. Probation Officer