UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:07-00144 |
| | ) | JUDGE CAMPBELL |
| THANATH L. SAYADETH | ) | |

ORDER

Pending before the Court is a Motion to Reschedule Revocation Hearing (Docket No. 47). The Motion is GRANTED.

The hearing on the Petition (Docket No. 38) alleging violations of Defendant's Conditions of Supervision scheduled for July 21, 2014, is RESCHEDULED for July 31, 2014, at 10:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE