UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-00144 |
| | ) | JUDGE CAMPBELL |
| THANATH L. SAYADETH | ) | |

ORDER

The Court held a hearing on the Petition (Docket No. 38) alleging violations of Defendant's Conditions of Supervision. The parties requested a continuance and the request was granted.

The hearing on the Petition is RESCHEDULED for November 7, 2014 at 11:00 a.m. The parties shall file a notice by October 24, 2014, indicating whether they intend to go forward with the hearing.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE