UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:07-00144 |
| | ) | JUDGE CAMPBELL |
| THANATH L. SAYADETH | ) | |

## ORDER

Pending before the Court is a Motion to Dismiss Supervised Release Revocation Petition (Docket No. 51). The Motion is GRANTED and the Petition (Docket No. 38) is DISMISSED. The hearing scheduled for November 7, 2014 is CANCELLED.

    IT IS SO ORDERED.

                                                      _____
                                                      TODD J. CAMPBELL
                                                      UNITED STATES DISTRICT JUDGE